1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10                                **WESTERN DIVISION**
11

12  ANDRE SPARKS,                          )   No. CV 14-5825-DOC (PLA)
                                           )
13              Petitioner,                )   **ORDER ACCEPTING MAGISTRATE**
                                           )   **JUDGE'S REPORT AND**
14         v.                              )   **RECOMMENDATION**
                                           )
15  E. VALENZUELA, Warden,                 )
                                           )
16              Respondent.                )
                                           )
17  _____)

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file
19  herein, the Magistrate Judge's Report and Recommendation, and petitioner's objections to the
20  Report and Recommendation. The Court has engaged in a de novo review of those portions of
21  the Report and Recommendation to which objections have been made. The Court accepts the
22  recommendations of the Magistrate Judge.
23  /
24  /
25  /
26  /
27  /
28  /

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 2, 2015

　　　　　　　　　　　　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE