# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDRE SPARKS, | No. CV 14-5825-DOC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 2, 2015

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE